# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**627**

**CA 12-01410**

PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

EDWARD A. LEGARRETA, M.D., PLAINTIFF-RESPONDENT,

V                                                    MEMORANDUM AND ORDER

MELISSA A.L. NEAL, M.D., AND TWENTY 20 EYE CARE
AND AESTHETIC OCULOPLASTIC MEDICINE, PLLC,
DEFENDANTS-APPELLANTS.
------------------------------------------------
MELISSA NEAL, M.D., PLAINTIFF-APPELLANT,

V

EDWARD A. LEGARRETA, M.D., LEGARRETA EYE CENTER,
AND SALLY LEGARRETA, DEFENDANTS-RESPONDENTS.
(APPEAL NO. 1.)

---

MYERS, QUINN & SCHWARTZ, LLP, WILLIAMSVILLE (JAMES I. MYERS OF
COUNSEL), FOR DEFENDANTS-APPELLANTS AND PLAINTIFF-APPELLANT.

JAECKLE FLEISCHMANN & MUGEL, LLP, BUFFALO (BRADLEY A. HOPPE OF
COUNSEL), FOR PLAINTIFF-RESPONDENT AND DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered December 19, 2011.  The order, among other things, directed Melissa A.L. Neil, M.D. to produce a complete list of all of her patients including names, addresses and dates of treatment.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Legarreta v Neal* ([appeal No. 2] ___ AD3d ___ [July 5, 2013]).

Entered:  July 5, 2013                          Frances E. Cafarell
                                                Clerk of the Court